UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H., <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 4:24-cv-01908-JST <br><br> (Honorable Jon S. Tigar) <br><br> [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE <br><br> Complaint Filed:  3/8/24 |

1  The Court, having considered the Parties' Stipulation to Dismiss Action with Prejudice and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The above-entitled action is dismissed in its entirety with prejudice.
2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: February 3, 2025

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE